# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL PADILLA, | CV F   06-1185 OWW SMS HC |
| Petitioner, | ORDER VACATING ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITION ISSUED OCTOBER 5, 2006 |
| v. | [Doc. 5] |
| JEFF WRIGLEY, | |
| Respondent. | |

_____/

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On September 1, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.

IT IS SO ORDERED.

**Dated:   November 6, 2006**         **/s/ Sandra M. Snyder**
icido3                      UNITED STATES MAGISTRATE JUDGE