UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MIGUEL PADILLA, | ) | 1:06-cv-01185-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 8) |
| v. | ) | |
| | ) | **ORDER GRANTING PETITION** |
| JEFF WRIGLEY, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER THAT RESPONDENT** |
| | ) | **CONSIDER THE APPROPRIATENESS** |
| | | **OF TRANSFERRING PETITIONER** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On November 13, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be GRANTED, and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002, and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.  These Findings and Recommendations were served on all parties and contained notice

1  that any objections were to be filed within ten (10) days from the
2  date of service of that order.  On November 21, 2006, Respondent
3  filed objections to the Magistrate Judge's Findings and
4  Recommendations.
5       In accordance with the provisions of 28 U.S.C. § 636
6  (b)(1)(C), this Court has conducted a *de novo* review of the case.
7  Having carefully reviewed the entire file, the Court concludes that
8  the Magistrate Judge's Findings and Recommendations are supported
9  by the record and proper analysis.  Respondent's objections present
10 no grounds for questioning the Magistrate Judge's analysis.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1.   The Findings and Recommendations, filed November 13, 2006,
13 are ADOPTED IN FULL;
14      2.   The Petition for Writ of Habeas Corpus is GRANTED; and,
15      3.   Respondent consider the appropriateness of transferring
Petitioner to an RRC in light of the factors set forth in §
16 3621(b), not excluding any other factors deemed appropriate by the
BOP, without reference to the BOP policy promulgated in December
17 2002, and without reference to the BOP's February 14, 2005,
amendment to 28 C.F.R. § 570.21.  Given that Petitioner's
18 projected release is May 8, 2008, with a current date of February
1, 2008, for release to a Residential Re-entry Center, Respondent
19 is ordered to make this determination on or before March 31, 2007.
IT IS SO ORDERED.

**Dated:   January 18, 2007**            **/s/ Oliver W. Wanger**
21 emm0d6                                 UNITED STATES DISTRICT JUDGE